IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| PAUL STRATTON, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. 22-466-RGA |
| | : | |
| iM3NY, LLC, IMPERIUM3 NEW YORK, INC., CHAITANYA SHARMA, SHAILESH UPRETI, and FRANK POULLAS, | : | |
| | : | |
| Defendants. | : | |

**ORDER**

This **27th** day of July 2023, upon consideration of the Magistrate Judge's Report and Recommendation dated July 11, 2023 (D.I. 52), and no objections to the Report and Recommendation having been received, and the Court having reviewed the matter and finding that the Magistrate Judge's Report and Recommendation is legally and factually correct, IT IS HEREBY ORDERED:

1. The Report and Recommendation (D.I. 52) is **ADOPTED**.

2. Defendants motion to dismiss the amended complaint (D.I. 27) is **GRANTED**.

/s/ Richard G. Andrews
United States District Judge